10 EAST 40TH STREET BUILDING, INC., Landlord, Appellant *v.* THE PEOPLE OF THE STATE OF NEW YORK, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, January 4, 1945.

*Peter W. Quinn* and *Robert P. Schur* for appellant.

*Nathaniel L. Goldstein,* Attorney-General (*Harry F. Karst* and *Orrin G. Judd* of counsel), for respondent.

Final order affirmed, with $25 costs.

HAMMER, McLAUGHLIN and EDER, JJ., concur.